# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER D. ENNES, et al., | Case No.: 1:13-cv-00013-AWI-SKO |
| Plaintiffs, | |
| v. | **ORDER TO TRANSFER CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA** |
| US BANK NA, et al., | |
| Defendants. | |

Plaintiffs Roger D. Ennes and Karen Ennes ("Plaintiffs"), appearing *pro se*, filed a complaint alleging claims concerning real property located at 10399 Capewood Lane, Stockton, California 95212, which is located in San Joaquin County. (*See* Doc. 1, ¶ 2.)

Title 28 U.S.C. Section 1391 pertains to venue in general and states in pertinent part that "[a] civil action may be brought in . . . judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated."  28 U.S.C. § 1391(b)(2).  Here, Plaintiffs' claims arise out of transactions concerning real property located in San Joaquin County, California.  Pursuant to the Local Rules of the United States District Court, Eastern District of California, Rule 120(d), "[a]ll civil and criminal actions and proceedings of every nature and kind cognizable" arising in San Joaquin County "shall be commenced in the United States District Court sitting in Sacramento, California."  Thus, Plaintiffs should have commenced this action in the Sacramento Division of the United States District Court, Eastern District of California, not the Fresno Division.

Local Rule 120(f) provides that a civil action that has not been commenced in the proper division of the Court may, on the Court's own motion, be transferred to the proper division of the Court. Therefore, this action will be transferred to the Sacramento Division of the Court.

The Court notes that this action appears to be related to the Notice of Removal filed in case no. 1:13-cv-00029-AWI-SKO, which pertains to a case that has been removed from the Superior Court for the County of San Joaquin - Stockton Branch and concerns the same real property at issue here. (*See* case no. 1:13-cv-00029-AWI-SKO, Doc. 1, pp. 55-63.) As such, by separate order, that case will also be transferred to the Sacramento Division. (*See* case no. 1:13-cv-00029-AWI-SKO, Doc. 2.)

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento;

2. The Clerk of the Court shall assign a new case number; and

3. All future filings shall bear the new case number and shall be filed at:

   United States District Court
   Eastern District of California
   501 I Street
   Sacramento, California, 95814

IT IS SO ORDERED.

Dated:   **January 15, 2013**                  /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE